Harold Epstein et al., appellees, v. Alvin C. Dunas et al., defendants, on appeal of Fannie Pinsler, petitioner. Gen. No. 39,246.

Opinion filed April 5, 1937. Rehearing denied April 19, 1937.

Harold O. Mulks, for appellant. Samuel Grossman, for appellee Harold Epstein. Jesse Sissman, for receiver Milton Morris. Peter Sissman, *pro se*; Peter Sissman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Jules Gilmer Korner, Jr., appellant, v. Maurice T. Weinshenk, appellee. Gen. No. 39,267.

Opinion filed April 5, 1937.

Cummings & Wyman, for appellant; Daniel P. Nagle, of counsel. Maurice T. Weinshenk, *pro se*.

Mr. Justice McSurely delivered the opinion of the court.

M. Kozak, trading as Advance Neon Company, appellee, v. Lerner Shops of Illinois, Inc., appellant. Gen. No. 39,277.

Opinion filed April 5, 1937. Rehearing denied April 19, 1937.

Myron E. Wisch, for appellant. Seymour M. Lewis, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Edward E. Plath, executor under the last will and testament of Ida Plath, deceased, plaintiff, and Edward G. DeLaunty et al., defendants.

Richard M. O'Brien, appellee, v. Ruth Hoffman, appellant. Gen. No. 39,368.

Opinion filed April 5, 1937. Rehearing denied April 19, 1937.

C. Francis Stradford, for appellant. Joseph Bonnefoi, for appellee; Charles A. Churan and H. E. Raymond, of counsel.

Mr. Justice McSurely delivered the opinion of the court.